UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

United States of America,

                         Plaintiff,

    -against-

                                                            Case No. 7:18-mj-8840

Ashley M. Jefferson

                        Defendant.

———————————————————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                         SO ORDERED.

                                                                    Hon. Martin R. Goldberg
                                                                    United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York